IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **HENRY MARVIN MOSS,** | : |
| Plaintiff, | : |
| v. | : CASE NO. 5:07-cv-96 (WDO) |
| **DR. LUIS, Nurses GRIFFITH and McDAVIS, and Counselor BRADDOCK,** | : |
| Defendants. | : |

# J U D G M E N T

Pursuant to the Order of this Court filed March 27, 2007, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action without prejudice.

This 27th day of March, 2007.

**GREGORY J. LEONARD, CLERK**

s/ Denise Partee, Deputy Clerk